UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL, on behalf of herself and all others similarly situated,

            Plaintiffs,

-against-

GIANT VINTAGE INC.,

            Defendant.

Case No: 1:24-cv-03306

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York
           November 20, 2024

Irvine, California
November 20, 2024

**MARS KHAIMOV LAW, PLLC**

By: *[signature]*
_____
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**THE KARLIN LAW FIRM LLP**

By: *Deyuan Lin*
ID v7xtXCKbGMFZtefXtD2g3EQL
_____
Deyuan Lin, Esq.
13522 Newport Ave, Suite 201
Tustin, CA 92780
lindanyada@karlinlaw.com
*Attorneys for Defendant*

SO ORDERED.
*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: November 25, 2024
       New York, New York